IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES C. BUGGS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-081 |
| | ) | |
| JASON MEDLIN, Warden of Wheeler Correctional Facility; MELODY TURNER, CEO of Corrections Corporation of America; SGT. FELICIA SHARPE; OFFICER BRANDON TRAVIS; COUNSELOR ISAAC; LT. ROGERS; LISA FOUNTAIN, Interim Manager, Inmate Affairs Unit; and LT. MILLS, D.R. Court Investigator, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. The Court **DIRECTS** the **CLERK** to return the $50.00 money order Plaintiff submitted prior to the revocation of his status as an *in forma pauperis* prisoner plaintiff.

SO ORDERED this 27th day of January, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE